# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH ANN FLYNN., Plaintiff, v. ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, Defendant. | CIVIL ACTION NO. 19-0058 |

## ORDER

**AND NOW**, this 30th day of January, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (ECF No. 10), Defendant's Response to Request for Review of Plaintiff (ECF No. 13), Plaintiff's Reply Brief in Support of Request for Judicial Review (ECF No. 14), this Court's prior order staying consideration of the case pending a decision from the Third Circuit on the Appointments Clause challenge presented by Plaintiff (ECF No. 16), and for the reasons expressed in the foregoing Memorandum, **IT IS ORDERED** that:

1. The stay is lifted;

2. The relief sought by Plaintiff is **GRANTED** in part as described below;

2. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the foregoing Memorandum, will be assigned to a new Constitutionally appointed ALJ for a new hearing and Decision; and

3. In all other respects, Plaintiff's request for relief is **DENIED**.

BY THE COURT:


/s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge