IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH ANN FLYNN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-0058 |
| | : | |
| ANDREW M. SAUL[1], COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22nd day of June, 2021, upon consideration of Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (ECF No. 21); Defendant's Response to Plaintiff's Motion (ECF No. 22); and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion (ECF No. 43),

**IT IS ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge

---

[1] On June 17, 2019, Andrew M. Saul was sworn in as the Commissioner of the Social Security Administration and, therefore, he should be automatically substituted as the Defendant in this action. See Fed. R. Civ. P. 25(d).